## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel  D Miller fdba Wood-Fired                    CHAPTER 13
Catering, LLC

               Debtor(s)                    BKY. NO. 21-70021 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
13 Nov 2023, 12:18:57, EST

Brian C. Nicholas, Esq. (317240)  ☐
Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com