# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
|     **Daniel D. Miller,** | ) | Case No. 21-70021-JAD |
|                     **Debtor** | ) | |
| | ) | Chapter 13 |
| | ) | |
| _____ | | Related to Docs. #2, 48 and 65 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
        as to creditor    _____

☑     Other:         <u>Notice of Mortgage Payment Change filed November 6, 2024</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑     Chapter 13 Plan dated <u>January 21, 2021</u>
☐     Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑     Debtor's Plan payments shall be changed from $ <u>1,538.00</u> to $<u>2,787.00,</u> <u>effective December 2024; and/or the Plan term shall remain at 60 months per Order of Court Confirming Plan on Final Basis dated August 2, 2021.</u>

-1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☑ Other: <u>The Notice of Mortgage Payment Change dated November 6, 2024, is resolved per this Order. In addition, except with respect to the increased payment, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc No. 48 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  22nd  day of   November  , 2024

Dated:  11/22/2024

_____
Jeffery A. Deller
United States Bankruptcy Judge

sjk

Stipulated by:

/s/ Kenneth P. Seitz, Esquire
Counsel to Debtor

Stipulated by:

/s/ James C. Warmbrodt, Esquire
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
11/22/24 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-70021-JAD
Daniel D Miller Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3
Date Rcvd: Nov 22, 2024 Form ID: pdf900 Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel D Miller, 2027 Kring Street, Johnstown, PA 15905-6909 |
| cr | + | JARI, 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331269 | + | Babish Auto Sales, Inc., 698 Eisenhower Blvd, Johnstown, PA 15904-4303 |
| 15331270 | | Cambria Somerset Radiology, Inc., P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15331274 | + | Conemaugh Memorial Medical Center, c/oLifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15331275 | + | Cowbird Emergency Physicians, LLC, P.O. Box 38032, Philadelphia, PA 19101-0777 |
| 15331278 | + | Frankie's Hauling & Excavating, 122 Thomas Street, Hollsopple, PA 15935-7004 |
| 15331279 | + | George Gvozdich, Jr., Esquire, Gvozdich Law Offices, 107 East Lloyd Street, P.O. Box 330, Ebensburg, PA 15931-0330 |
| 15331280 | + | Gordon Food Service, 835 N. Greengate Road, Greensburg, PA 15601-6440 |
| 15332689 | + | HomeBridge Financial Services, Inc., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15331282 | + | Homebridge Financial I, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 15331284 | + | Jari Growth Fund, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331285 | + | Johnstown Area Regional Industries, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331288 | + | Michael G. Comas, MD, 700 5th Street, Suite 104, Windber, PA 15963-1313 |
| 15331290 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15331292 | + | Somerset County Tax Claim Bureau, 300 N. Center Avenue, Suite 370, Somerset, PA 15501-1470 |
| 15331294 | | Touchstone Rentals, LLC, Dept 2597, P.O. Box 122597, Dallas, TX 75312-2597 |
| 15331298 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2024 00:10:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331268 | Email/Text: bnc@alltran.com | Nov 23 2024 00:55:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 15333076 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2024 01:23:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15341306 | Email/Text: BKelectronicnotices@cenlar.com | Nov 23 2024 00:55:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618 |
| 15332457 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2024 00:55:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15331272 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2024 00:55:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15331273 | Email/Text: Webcollex@ebn.phinsolutions.com | Nov 23 2024 00:56:02 | CKs Financial, P.O. Box 2856, Chesapeake, VA |

Case 21-70021-JAD    Doc 70    Filed 11/24/24    Entered 11/25/24 00:32:26    Desc Imaged
                         Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 23327-2856 |
| 15331271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2024 00:09:51 | Citi, 100 Citibank Drive, San Antonio, TX 78245-3214 |
| 15331276 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2024 00:09:32 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15331277 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 23 2024 00:09:34 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15368535 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 23 2024 00:55:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15331281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2024 00:10:18 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15331283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2024 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15333077 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2024 00:09:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331286 | + | Email/Text: Documentfiling@lciinc.com | Nov 23 2024 00:55:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 15331287 | | ^ MEBN | Nov 22 2024 23:48:31 | Mercy Health, P.O. Box 740405, Cincinnati, OH 45274-0405 |
| 15337498 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2024 00:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2024 00:09:27 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15349091 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2024 00:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15331694 | | ^ MEBN | Nov 22 2024 23:48:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15333834 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2024 00:56:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH 44101-6424 |
| 15331293 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2024 00:56:00 | The Huntington Natl Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15331295 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 23 2024 00:55:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15351994 | | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2024 00:10:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331296 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2024 00:54:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15331297 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2024 00:09:53 | Wells Fargo Dealer Svc, P.o. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | HomeBridge Financial Services, Inc. |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15331289 | ##+ | MLR Solutions, Inc., P.O. Box 60536, King of Prussia, PA 19406-0536 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Denver E. Wharton | on behalf of Creditor JARI dew@ktwllaw.com  r42123@notify.bestcase.com |
| Kenneth P. Seitz | on behalf of Plaintiff Daniel D Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Daniel D Miller thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor HomeBridge Financial Services  Inc. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8