**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Case No. 21-70021-JAD** |
| **Daniel D. Miller,** | : |
| | : **Chapter 13** |
| **Debtor** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of November, 2024, a true and correct copy of the Order dated November 22, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

SNAP-ON TOOLS COMPANY, LLC
2801 80TH STREET
KENOSHA, WI 53143

DANIEL D. MILLER
2027 KRING STREET
JOHNSTOWN, PA 15905

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>November 25, 2024</u>

<u>/s/ Jessica L. Tighe</u>
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470