**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL D MILLER

                Case No. 21-70021JAD

       Debtor(s)                Chapter 13

Ronda J. Winnecour               Document No.___

       Movant
   vs.

FREEDOM MORTGAGE CORPORATION

       Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 37
Court Claim Number - 8

                              /s/   Ronda J. Winnecour

   3/13/2025                 RONDA J WINNECOUR PA ID #30399
                              CHAPTER 13 TRUSTEE WD PA
                              600 GRANT STREET
                              SUITE 3250 US STEEL TWR
                              PITTSBURGH, PA  15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   DANIEL D MILLER

| | |
|---|---|
| Debtor(s) | Case No.:21-70021JAD |
| | Chapter 13 |
| Ronda J. Winnecour | Document No.___ |
| Movant | |
| vs. | |
| FREEDOM MORTGAGE CORPORATION | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

DANIEL D MILLER, 2027 KRING STREET, JOHNSTOWN, PA  15905

KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, PO BOX 211, LIGONIER, PA  15658

FREEDOM MORTGAGE CORPORATION, ATTN BANKRUPTCY DEPT-PAYMENT PROCESSING, 11988 EXIT 5 PKWY BLDG 4, FISHERS, IN  46037-7939

BROCK & SCOTT PLLC*, 3825 FORRESTGATE DR, WINSTON SALEM, NC  27103

03/13/2025

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com