**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/16/2025

IN RE:

DANIEL D MILLER
2027 KRING STREET
JOHNSTOWN, PA 15905
XXX-XX-3704          Debtor(s)

Case No. 21-70021 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/16/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1771 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA  19102 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOMEBRIDGE FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN BANKRUPTCY DEPT-PAYMENT PROCESSIN<br>11988 EXIT 5 PKWY BLDG 4<br>FISHERS, IN  46037-7939 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/STIP OE-PL\*DKT4LMT\*BGN 2/21\*FR HOMEBRIDGE-DOC 36 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4879 |
| **JARI GROWTH FUND**<br>245 MARKET ST STE 200<br>JOHNSTOWN, PA  15901 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 20,099.44<br>COMMENT: UNS/OE-PL\*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: FWFC |
| **JOHNSTOWN AREA REGIONAL INDUSTRIES**<br>245 MARKET ST STE 200<br>JOHNSTOWN, PA  15901-2910 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 30,235.44<br>COMMENT: \*JUDGMENT AVD/OE-PL\*NT/SCH\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1842 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 630.88<br>COMMENT: 631@0%/PL\*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3704 |
| **SOMERSET COUNTY TAX CLAIM BUR**<br>300 N CENTER AVE STE 370<br>SOMERSET, PA  15501 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMTS PROPER/CONF\*ALL PMTS REFUNDED\*2018@PRI/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 229 |
| **ALLTRAN FINANCIAL++**<br>PO BOX 722910<br>HOUSTON, TX  77172-2910 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: USAA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8133 |
| **BABISH AUTO SALES**<br>698 EISENHOWER BLVD<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAMBRIA SOMERSET RADIOLOGY**<br>239 MAIN ST STE 400<br>JOHNSTOWN, PA  15901 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2294 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 11    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4180 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI 02919 | Trustee Claim Number: 12    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 15,788.99<br>COMMENT: REPO~DFNCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1712 |
| **CKS FINANCIAL++**<br>PO BOX 2856<br><br>CHESAPEAKE, VA 23327 | Trustee Claim Number: 13    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LENDING CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3789 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br><br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number: 14    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4465 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br><br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number: 15    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3634 |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,041.00<br>COMMENT: COWBIRD ER PHYSICIANS*REIMB TECH INC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7924 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 17    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 849.72<br>COMMENT: CREDIT 1*NO PAYMENT EVER*4/18 LAST TRANSACTN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5638 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18    INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,299.08<br>COMMENT: REF 3588538180 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4223 |
| **FRANKIES HAULING AND EXCAVATING**<br>122 THOMAS ST<br><br>HOLLSOPPLE, PA 15935 | Trustee Claim Number: 19    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0036 |
| **GORDON FOOD SERVICE**<br>PO BOX 2244<br><br>GRAND RAPIDS, MI 49501 | Trustee Claim Number: 20    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 3,766.24<br>COMMENT: CITIBANK*THD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4180 |
| **MERCY HEALTH SYSTEM**<br>1400 LOCUST ST<br><br>PITTSBURGH, PA 15219-5166 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1014 |
| **MICHAEL COMAS MD**<br>700 5TH ST STE 104<br><br>WINDBER, PA 15963 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5447 |
| **MLR SOLUTION**<br>PO BOX 60536<br><br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9291 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~AUTO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 2,827.83<br>COMMENT: NO$/SCH*COMENITY/PAY PAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2728 |
| **HUNTINGTON NATIONAL BANK (*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 3,042.39<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7734 |
| **TOUCHSTONE RENTALS LLC++**<br>1007 UNION CENTER DR STE A<br><br>ALPHARETTA, GA 30004 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1657 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 2,385.83<br>COMMENT: CHG OFF 12/18*NO LAST PMT DT*2021 TRANSACTN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WELLS FARGO DEALER SERVICES**<br>PO BOX 51963<br><br>LOS ANGELES, CA 90051 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1075 |
| **WINDBER MEDICAL CNTR**<br>600 SOMERSET AVE<br><br>WINDBER, PA 15963 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 792H |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA 91731 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br><br>SAN ANTONIO, TX 78288-0596 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HUNTINGTON NATIONAL BANK (*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH 43231 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 225.27<br>COMMENT: NT/SCH*DEPOSIT OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9843 |
| **KAMINSKY THOMAS WHARTON ET AL**<br>360 STONYCREEK ST<br><br>JOHNSTOWN, PA 15901 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: JARI/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN BANKRUPTCY DEPT-PAYMENT PROCESSIN<br>11988 EXIT 5 PKWY BLDG 4<br>FISHERS, IN 46037-7939 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 21,292.89<br>COMMENT: $/CL-PL*THRU 1/21*FR HOMEBRIDGE-DOC 36 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4879 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 11-2 | CLAIM: 325.64<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3704 |
| **BROCK & SCOTT PLLC***<br>3825 FORRESTGATE DR<br><br>WINSTON SALEM, NC 27103 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |