**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DANIEL D MILLER<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>      Movant<br>        vs.<br>  DANIEL D MILLER<br><br>         Respondents | Case No. 21-70021-JAD<br><br><br>Chapter 13<br><br>Related to<br>Document No. __91__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this ___6th___ day of _February_ , 20_26_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Snap On Tools International<br>
2801 80Th St<br>
Kenosha, WI 53141

is hereby ordered to immediately terminate the attachment of the wages of DANIEL D MILLER, social security number XXX-XX-3704.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL D MILLER.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney

FILED
2/6/26 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-70021-JAD
Daniel D Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 2
Date Rcvd: Feb 06, 2026  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel D Miller, 2027 Kring Street, Johnstown, PA 15905-6909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Denver E. Wharton | on behalf of Creditor JARI dew@ktwllaw.com  r42123@notify.bestcase.com |
| Kenneth P. Seitz | on behalf of Plaintiff Daniel D Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Daniel D Miller thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor HomeBridge Financial Services Inc. ecfmail@mwc-law.com, mcohen@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8