**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DANIEL D MILLER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-70021JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**   FREEDOM MORTGAGE CORPORATION

**Court claim no.**  (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   4  8  7  9

**Property Address:**   2027 KRING STREET
Number        Street

JOHNSTOWN                                          PA      15905
City                                                          State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $       21,292.89 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $       21,292.89 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $       -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $       21,292.89 |

**Part 4:**　**Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.　Total amount of postpetition payments disbursed by the trustee as of date of notice:　　$　　　59,051.96

b.　The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>February 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**　**Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:　　$　　　　　-0-

**Part 6:**　**A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour　　　　　　　　　　　　　Date　　02/27/2026
Signature

Trustee　　Ronda J. Winnecour
First Name　　　　Middle Name　　　　Last Name

Address　　CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number　　Street

PITTSBURGH　　　　　　　　　PA　　15219
City　　　　　　　　　　　　State　　ZIP Code

Contact phone　(412) 471-5566　　　　Email　cmecf@chapter13trusteewdpa.com

| Debtor 1 | **MILLER** | | Case Number **21-70021JAD** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/24/2021 | 1210246 | Amounts Disbursed To Creditor | 41.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2021 | 1213322 | Amounts Disbursed To Creditor | 835.47 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/22/2021 | 1216356 | Amounts Disbursed To Creditor | 230.05 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/23/2021 | 1219415 | Amounts Disbursed To Creditor | 229.91 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2022 | 1222492 | Amounts Disbursed To Creditor | 173.61 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/23/2022 | 1225404 | Amounts Disbursed To Creditor | 413.08 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/25/2022 | 1228339 | Amounts Disbursed To Creditor | 487.57 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/26/2022 | 1231360 | Amounts Disbursed To Creditor | 1,046.56 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/25/2022 | 1234410 | Amounts Disbursed To Creditor | 445.82 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/27/2022 | 1237425 | Amounts Disbursed To Creditor | 445.50 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/26/2022 | 1240377 | Amounts Disbursed To Creditor | 445.17 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/24/2022 | 1243288 | Amounts Disbursed To Creditor | 444.84 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/27/2022 | 1246144 | Amounts Disbursed To Creditor | 1,042.73 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2022 | 1248980 | Amounts Disbursed To Creditor | 419.50 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/23/2022 | 1251760 | Amounts Disbursed To Creditor | 419.15 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/22/2022 | 1254539 | Amounts Disbursed To Creditor | 418.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2023 | 1257270 | Amounts Disbursed To Creditor | 282.14 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/23/2023 | 1259917 | Amounts Disbursed To Creditor | 372.64 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/28/2023 | 1262665 | Amounts Disbursed To Creditor | 955.11 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/25/2023 | 1265491 | Amounts Disbursed To Creditor | 371.91 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/25/2023 | 1268326 | Amounts Disbursed To Creditor | 371.53 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/26/2023 | 1271234 | Amounts Disbursed To Creditor | 357.69 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/25/2023 | 1274025 | Amounts Disbursed To Creditor | 357.29 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/25/2023 | 1276791 | Amounts Disbursed To Creditor | 309.42 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/26/2023 | 1279547 | Amounts Disbursed To Creditor | 881.36 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2023 | 1282255 | Amounts Disbursed To Creditor | 308.66 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/27/2023 | 1284944 | Amounts Disbursed To Creditor | 308.25 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/21/2023 | 1287547 | Amounts Disbursed To Creditor | 307.82 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2024 | 1290197 | Amounts Disbursed To Creditor | 307.39 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/26/2024 | 1292879 | Amounts Disbursed To Creditor | 875.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/26/2024 | 1295525 | Amounts Disbursed To Creditor | 306.43 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/26/2024 | 1308629 | Amounts Disbursed To Creditor | 548.98 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/25/2024 | 1316321 | Amounts Disbursed To Creditor | 111.36 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/23/2024 | 1318724 | Amounts Disbursed To Creditor | 38.14 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/28/2025 | 1321192 | Amounts Disbursed To Creditor | 5,041.59 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/25/2025 | 1323643 | Amounts Disbursed To Creditor | 1,340.82 |

Total for Claim Number 8: 21,292.89

**Total for Part 3 - b (Prepetition Arrears):** **21,292.89**

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | HOMEBRIDGE FINANCIAL SERVICES | 04/26/2021 | 1194586 | Amounts Disbursed To Creditor | 2,249.76 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/25/2021 | 1197616 | Amounts Disbursed To Creditor | 901.34 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/25/2021 | 1200795 | Amounts Disbursed To Creditor | 901.33 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/26/2021 | 1203999 | Amounts Disbursed To Creditor | 954.35 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/26/2021 | 1207119 | Amounts Disbursed To Creditor | 954.35 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/24/2021 | 1210246 | Amounts Disbursed To Creditor | 854.48 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2021 | 1213322 | Amounts Disbursed To Creditor | 757.29 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/22/2021 | 1216356 | Amounts Disbursed To Creditor | 757.29 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/23/2021 | 1219415 | Amounts Disbursed To Creditor | 757.29 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2022 | 1222492 | Amounts Disbursed To Creditor | 818.37 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/23/2022 | 1225404 | Amounts Disbursed To Creditor | 777.65 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/25/2022 | 1228339 | Amounts Disbursed To Creditor | 777.65 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/26/2022 | 1231360 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/25/2022 | 1234410 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/27/2022 | 1237425 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/26/2022 | 1240377 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/24/2022 | 1243288 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/27/2022 | 1246144 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2022 | 1248980 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/23/2022 | 1251760 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/22/2022 | 1254539 | Amounts Disbursed To Creditor | 822.46 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2023 | 1257270 | Amounts Disbursed To Creditor | 972.01 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/23/2023 | 1259917 | Amounts Disbursed To Creditor | 872.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/28/2023 | 1262665 | Amounts Disbursed To Creditor | 872.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/25/2023 | 1265491 | Amounts Disbursed To Creditor | 872.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/25/2023 | 1268326 | Amounts Disbursed To Creditor | 872.31 |

Debtor 1   **MILLER**_____   Case Number **21-70021JAD**_____   Page 2
Name

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/26/2023 | 1271234 | Amounts Disbursed To Creditor | 872.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/25/2023 | 1274025 | Amounts Disbursed To Creditor | 872.31 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/25/2023 | 1276791 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/26/2023 | 1279547 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2023 | 1282255 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/27/2023 | 1284944 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/21/2023 | 1287547 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/26/2024 | 1290197 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/26/2024 | 1292879 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/26/2024 | 1295525 | Amounts Disbursed To Creditor | 924.78 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/25/2024 | 1298171 | Amounts Disbursed To Creditor | 2,006.52 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/29/2024 | 1300881 | Amounts Disbursed To Creditor | 1,073.27 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/25/2024 | 1303453 | Amounts Disbursed To Creditor | 1,073.27 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/25/2024 | 1306017 | Amounts Disbursed To Creditor | 1,073.27 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/26/2024 | 1308629 | Amounts Disbursed To Creditor | 1,073.27 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/25/2024 | 1311195 | Amounts Disbursed To Creditor | 1,394.93 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/25/2024 | 1313746 | Amounts Disbursed To Creditor | 1,126.88 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/25/2024 | 1316321 | Amounts Disbursed To Creditor | 1,126.88 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/23/2024 | 1318724 | Amounts Disbursed To Creditor | 1,223.88 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/28/2025 | 1321192 | Amounts Disbursed To Creditor | 1,175.38 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 02/25/2025 | 1323643 | Amounts Disbursed To Creditor | 1,175.38 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 03/26/2025 | 1326109 | Amounts Disbursed To Creditor | 1,175.38 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 04/25/2025 | 1328594 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 05/23/2025 | 1331026 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 06/25/2025 | 1333469 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 07/25/2025 | 1335948 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 08/26/2025 | 1338376 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 09/25/2025 | 1340776 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 10/24/2025 | 1343259 | Amounts Disbursed To Creditor | 1,229.83 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 11/21/2025 | 1345551 | Amounts Disbursed To Creditor | 1,092.48 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 12/23/2025 | 1347895 | Amounts Disbursed To Creditor | 1,092.48 |
| 8 | FREEDOM MORTGAGE CORPORATIO | 01/27/2026 | 1350271 | Amounts Disbursed To Creditor | 1,092.48 |

Total for Claim Number 8: 59,051.96

**Total for Part 4 - a (Postpetition Payments):** **59,051.96**

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

DANIEL D MILLER
2027 KRING STREET
JOHNSTOWN, PA  15905

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
PO BOX 211
LIGONIER, PA  15658

BROCK & SCOTT PLLC*
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPT-PAYMENT
PROCESSING
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN  46037-7939

Dated: 02/27/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee