**Fill in this information to identify the case:**

Debtor 1    Daniel D Miller FDBA WOOD-FIRED CATERING, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 21-70021-JAD

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:    Mortgage Information

| | |
|---|---|
| **Name of claim holder:**   Freedom Mortgage Corporation | **Court claim no.** (if known): 8 |

**Last 4 digits** of any number you use to identify the debtor's account: 4879

**Property address:**    2027 KRING ST
Number  Street
Johnstown, PA 15905
City        State      ZIP Code

## Part 2:    Arrearages

The total amount received to cure any arrearages as of the date of this response: $21,292.89.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice:            $ _____ .

☒  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ _____ .

## Part 3:    Postpetition Payment

(a)   *Check all that apply:*

☒  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐  The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____/_____/_____ .

☐  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)   The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i.   Date last payment was received on the mortgage:            02/04/26

ii.   Date next postpetition payment from the debtor is due:            03/01/26

|  | | |
|---|---|---|
| iii. | Amount of the next postpetition payment that is due: | $1,092.48 |
| iv. | Unpaid principal balance of the loan: | $90,713.50 |
| v. | Additional amounts due for any deferred or accrued interest: | $944.94 |
| vi. | Balance of the escrow account: | $861.07 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $58.75 |

## Part 4:   Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5:   Sign Here

The person completing this response must sign it.  Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Mario Hanyon _____   Date  03/17/2026
   Signature

Name   Mario Hanyon _____
         First Name          Middle Name        Last Name

Title   Attorney for Creditor _____

Company   Brock & Scott, PLLC _____
         If different from the notice address listed on the proof of claim to which this response applies.

Address   3825 Forrestgate Dr. _____
         Number          Street

         Winston-Salem, NC 27103 _____
         City                          State          ZIP Code

Contact phone   844-856-6646   Email PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Johnstown Division*

| | |
|---|---|
| IN RE:<br>Daniel D Miller FDBA WOOD-FIRED CATERING, LLC | Case No. 21-70021-JAD |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br>　　　Movant | |
| | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Objection Date: TBD |
| vs. | |
| Daniel D Miller FDBA WOOD-FIRED CATERING, LLC ,<br>　　　Debtor<br>and | |
| Ronda J. Winnecour<br>　　　Respondent | |

**CERTIFICATE OF SERVICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS
MADE**

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Trustee's Notice of Disbursements Made on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Via CM/ECF electronic notice:

Kenneth P. Seitz, Esq.
P.O. Box 211
Ligonier, PA 15658
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee

1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

Daniel D Miller
2027 Kring Street
Johnstown, PA 15905
*Debtor*


      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: March 17, 2026

        */s/Mario Hanyon*
        Andrew Spivack, PA Bar No. 84439
        Mario Hanyon, PA Bar No. 203993
        Jay Jones, PA Bar No. 86657
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**



FREEDOM MORTGAGE®
P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

March 3, 2026

DANIEL D MILLER
2027 KRING ST
JOHNSTOWN        PA 15905-0000

**PAYOFF STATEMENT**

Loan Type:  VA

Next Payment Due Date: March 1, 2026

Borrower:      DANIEL D MILLER

Collateral:      2027 KRING ST
                    JOHNSTOWN        PA 15905

**Payoff Quote Good Through April 1, 2026**

| **Please send the following Remittance:** | |
|---|---:|
| Current Unpaid Principal | $90,713.50 |
| Accrued Interest | $944.94 |
| Prepayment Penalty | $0.00 |
| Escrow/Impound Required | $861.07 |
| Mortgage Insurance Premium Due | $0.00 |
| Less Escrow/Impound Funds | ($861.07) |
| Less Unapplied Funds Balance | ($ 0.00) |
| Payoff Statement Fee | $0.00 |
| Unpaid Late Charges | $0.00 |
| Recording Fee | $58.75 |
| Release Fee | $0.00 |
| Additional Items Due | $0.00 |
| Deferred Balance | $0.00 |
| Optional Insurance | $0.00 |
| Subsidy/Buydown | ($ 0.00) |
| Total MRA Funds Due | $ 0.00 |
| **TOTAL PAYOFF DUE:** | $91,717.19 |

The accrued interest shown above is projected through April 1, 2026. After that date, please add an additional $14.29 per day.

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

Although this payoff quote is good through the date shown above, additional fees may accrue. For example, if we do not receive the funds and the grace period for your next payment(s) expires, a late charge may also be assessed.

The Late Charge Amount, if any, will be: $24.25.

A "deferred balance" may include items such as a deferred principal balance, late charges, escrow advances, expense advances, and administrative fees.

The current escrow balance is $1,998.20. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due. Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure you're submitting sufficient funds to pay your account in full, please contact our Customer Care Team for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid. Therefore, a new payoff statement will need to be requested.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE TRANSFER**
Freedom Mortgage Corporation
Reference: Payoff/Payment Department
KeyBank, 127 Public Square, Cleveland, OH
██████████

██████████████

Borrower Name: DANIEL D MILLER
█████████████████

**OVERNIGHT DELIVERIES OF PAYMENTS**
Freedom Mortgage Corporation
ATTN: Payoff Department
11988 Exit 5 Pkwy Bldg 4
Fishers, IN 46037-7939

*Please note that Freedom Mortgage Corporation ("Freedom Mortgage") requires payoffs to be received in the form of certified funds. Personal checks will not be accepted. Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*

*Incoming wire transfers received by 4 PM Eastern Time will be credited the same day. Wires received after that time will be processed on the next business day. Please ensure that all payoff funds submitted include the borrower's name and loan number.*

**WARNING! WIRE FRAUD ADVISORY: Wire fraud and email hacking/phishing attacks are on the increase! We encourage you and/or your authorized 3rd party to visit our website to confirm our payoff wiring instructions or you may visit www.freedommortgage.com/payoff. Freedom Mortgage will not be responsible for any other method of payoff validation.**

**You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com or through our automated phone system at 855-690-5900. If you need to speak with a**

2.05                                                                                                   ████████



P.O. Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

Customer Care Representative, please call Monday through Friday 8:00 AM – 8:00 PM and Saturday 9:00 AM – 2:00 PM Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation
██████████ ([www.nmlsconsumeraccess.org](www.nmlsconsumeraccess.org))

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**Change of Address Notification Form**

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this Form to:

Freedom Mortgage, P.O. Box 50485, Indianapolis, IN 46250-0485

**New Address:** _____

**City/State/ZIP:** _____

2.05