| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daniel D Miller<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3704<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–70021–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel D Miller
fdba Wood–Fired Catering, LLC

6/2/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W     **Chapter 13 Discharge**     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                   **Chapter 13 Discharge**                   page 2

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 21-70021-JAD |
|---|---|---|
| Daniel D Miller | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel D Miller, 2027 Kring Street, Johnstown, PA 15905-6909 |
| cr | + | JARI, 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331269 | + | Babish Auto Sales, Inc., 698 Eisenhower Blvd, Johnstown, PA 15904-4303 |
| 15331270 | | Cambria Somerset Radiology, Inc., P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15331274 | + | Conemaugh Memorial Medical Center, c/oLifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15331278 | + | Frankie's Hauling & Excavating, 122 Thomas Street, Hollsopple, PA 15935-7004 |
| 15331279 | + | George Gvozdich, Jr., Esquire, Gvozdich Law Offices, 107 East Lloyd Street, P.O. Box 330, Ebensburg, PA 15931-0330 |
| 15331280 | + | Gordon Food Service, 835 N. Greengate Road, Greensburg, PA 15601-6440 |
| 15332689 | + | HomeBridge Financial Services, Inc., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15331282 | + | Homebridge Financial I, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 15331284 | + | Jari Growth Fund, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331285 | + | Johnstown Area Regional Industries, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331288 | + | Michael G. Comas, MD, 700 5th Street, Suite 104, Windber, PA 15963-1313 |
| 15331290 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15331292 | + | Somerset County Tax Claim Bureau, 300 N. Center Avenue, Suite 370, Somerset, PA 15501-1470 |
| 15331294 | | Touchstone Rentals, LLC, Dept 2597, P.O. Box 122597, Dallas, TX 75312-2597 |
| 15331298 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jun 03 2026 04:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331268 | | EDI: URSI.COM | Jun 03 2026 04:29:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 15333076 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 00:39:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15341306 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 03 2026 00:41:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618 |
| 15332457 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

District/off: 0315-7                                    User: auto                                    Page 2 of 3

Date Rcvd: Jun 02, 2026                                Form ID: 3180W                                Total Noticed: 46

| | | Jun 03 2026 00:41:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
|---|---|---|---|
| 15331272 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Jun 03 2026 00:41:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15331273 | EDI: CKSFINANCIAL.COM | | |
| | | Jun 03 2026 04:29:00 | CKs Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15331271 | + EDI: CITICORP | | |
| | | Jun 03 2026 04:29:00 | Citi, 100 Citibank Drive, San Antonio, TX 78245-3214 |
| 15331276 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jun 03 2026 00:39:21 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15331275 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | | |
| | | Jun 03 2026 00:41:00 | Cowbird Emergency Physicians, LLC, P.O. Box 38032, Philadelphia, PA 19101 |
| 15331277 | + EDI: AMINFOFP.COM | | |
| | | Jun 03 2026 04:29:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15368535 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Jun 03 2026 00:41:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 15331281 | + EDI: CITICORP | | |
| | | Jun 03 2026 04:29:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15331283 | EDI: IRS.COM | | |
| | | Jun 03 2026 04:29:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15333077 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2026 00:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331286 | + EDI: LENDNGCLUB | | |
| | | Jun 03 2026 04:29:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 15331287 | ^ MEBN | | |
| | | Jun 03 2026 00:31:21 | Mercy Health, P.O. Box 740405, Cincinnati, OH 45274-0405 |
| 15337498 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2026 00:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331291 | + EDI: SYNC | | |
| | | Jun 03 2026 04:29:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15349091 | + EDI: JEFFERSONCAP.COM | | |
| | | Jun 03 2026 04:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15331694 | + EDI: PRA.COM | | |
| | | Jun 03 2026 04:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15333834 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 03 2026 00:41:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH 44101-6424 |
| 15331293 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 03 2026 00:41:00 | The Huntington Natl Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15331295 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jun 03 2026 00:41:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15351994 | EDI: AIS.COM | | |
| | | Jun 03 2026 04:29:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331296 | EDI: VERIZONCOMB.COM | | |
| | | Jun 03 2026 04:29:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15331297 | + EDI: WFAUTO | | |
| | | Jun 03 2026 04:29:00 | Wells Fargo Dealer Svc, P.o. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HomeBridge Financial Services, Inc. |
| cr | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 15331289 | ##+ | MLR Solutions, Inc., P.O. Box 60536, King of Prussia, PA 19406-0536 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                      Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denver E. Wharton | on behalf of Creditor JARI dew@ktwllaw.com  r42123@notify.bestcase.com |
| Kenneth P. Seitz | on behalf of Plaintiff Daniel D Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Daniel D Miller thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor HomeBridge Financial Services  Inc. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8