IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
DANIEL D MILLER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-70021 JAD

Chapter 13

Related to Doc No.: 96

ORDER OF COURT

AND NOW, this _____2nd_____ day of _____June_____, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
6/2/26 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 21-70021-JAD

Daniel D Miller                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 02, 2026 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel D Miller, 2027 Kring Street, Johnstown, PA 15905-6909 |
| cr | + | JARI, 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331269 | + | Babish Auto Sales, Inc., 698 Eisenhower Blvd, Johnstown, PA 15904-4303 |
| 15331270 | | Cambria Somerset Radiology, Inc., P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15331274 | + | Conemaugh Memorial Medical Center, c/oLifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15331278 | + | Frankie's Hauling & Excavating, 122 Thomas Street, Hollsopple, PA 15935-7004 |
| 15331279 | + | George Gvozdich, Jr., Esquire, Gvozdich Law Offices, 107 East Lloyd Street, P.O. Box 330, Ebensburg, PA 15931-0330 |
| 15331280 | + | Gordon Food Service, 835 N. Greengate Road, Greensburg, PA 15601-6440 |
| 15332689 | + | HomeBridge Financial Services, Inc., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15331282 | + | Homebridge Financial I, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 15331284 | + | Jari Growth Fund, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331285 | + | Johnstown Area Regional Industries, Inc., 245 Market Street, Suite 200, Johnstown, PA 15901-2910 |
| 15331288 | + | Michael G. Comas, MD, 700 5th Street, Suite 104, Windber, PA 15963-1313 |
| 15331290 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15331292 | + | Somerset County Tax Claim Bureau, 300 N. Center Avenue, Suite 370, Somerset, PA 15501-1470 |
| 15331294 | | Touchstone Rentals, LLC, Dept 2597, P.O. Box 122597, Dallas, TX 75312-2597 |
| 15331298 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2026 00:39:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15333076 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 00:50:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15341306 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 03 2026 00:41:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd., Ewing, NJ 08618 |
| 15332457 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 03 2026 00:41:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15331272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 03 2026 00:41:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15331273 | | Email/Text: Webcollex@ebn.phinsolutions.com | Jun 03 2026 00:41:30 | CKs Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15331271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2026 00:50:30 | Citi, 100 Citibank Drive, San Antonio, TX 78245-3214 |

District/off: 0315-7                        User: auto                                    Page 2 of 3
Date Rcvd: Jun 02, 2026                     Form ID: pdf900                           Total Noticed: 43

| | | | |
|---|---|---|---|
| 15331276 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jun 03 2026 00:39:56 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15331275 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | |
| | | Jun 03 2026 00:41:00 | Cowbird Emergency Physicians, LLC, P.O. Box 38032, Philadelphia, PA 19101 |
| 15331277 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Jun 03 2026 00:39:41 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15368535 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jun 03 2026 00:41:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 15331281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 03 2026 00:50:25 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15331283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jun 03 2026 00:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15333077 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 03 2026 00:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15331286 | + | Email/Text: Documentfiling@lciinc.com | |
| | | Jun 03 2026 00:41:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 15331287 | ^ | MEBN | |
| | | Jun 03 2026 00:31:22 | Mercy Health, P.O. Box 740405, Cincinnati, OH 45274-0405 |
| 15337498 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 03 2026 00:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 03 2026 00:39:36 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15349091 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 03 2026 00:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15331694 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 03 2026 00:39:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15333834 | + | Email/Text: bankruptcy@huntington.com | |
| | | Jun 03 2026 00:41:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 89424, CLEVELAND, OH 44101-6424 |
| 15331293 | + | Email/Text: bankruptcy@huntington.com | |
| | | Jun 03 2026 00:41:00 | The Huntington Natl Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15331295 | + | Email/Text: bkelectronicnotices@usaa.com | |
| | | Jun 03 2026 00:41:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15351994 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 03 2026 00:39:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331296 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 03 2026 00:41:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15331297 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | |
| | | Jun 03 2026 00:39:55 | Wells Fargo Dealer Svc, P.o. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HomeBridge Financial Services, Inc. |
| cr | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 15331268 | ## | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 15331289 | ##+ | MLR Solutions, Inc., P.O. Box 60536, King of Prussia, PA 19406-0536 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

District/off: 0315-7                          User: auto                                  Page 3 of 3
Date Rcvd: Jun 02, 2026                       Form ID: pdf900                          Total Noticed: 43

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denver E. Wharton | on behalf of Creditor JARI dew@ktwllaw.com  r42123@notify.bestcase.com |
| Kenneth P. Seitz | on behalf of Plaintiff Daniel D Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Daniel D Miller thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor HomeBridge Financial Services  Inc. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8